**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 33 MM 2019
                                         :
            Respondent               :
                                           :
                                           :
                   v.                  :
                                         :
                                         :
ERIC GREENWAY,                    :
                                         :
            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the Petition for Review is DENIED.